**SEALED**
**BY ORDER OF THE COURT**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 20, 2025 2:41 PM
Lucy H.Carrillo, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ROGER BIGGS | ) Case No. |
| | )     Mag. No. 25-129 WRP |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

Case No.

Mag. No. 25-129 WRP

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Aug. 28, 2024 through Feb. 6, 2025  in the county of        Honolulu        in the

       --        District of        Hawaii        , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Jennifer Cardiff

*Printed name and title*

Sworn to under oath before me telephonically, and attestation
acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date:    February 19, 2025

City and state:              Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, JENNIFER CARDIFF, after being duly sworn telephonically, depose and state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1.      This affidavit is submitted for the purpose of establishing probable cause that ROGER BIGGS ("BIGGS"), the defendant, committed the following offenses within the District of Hawaii and elsewhere in or around August 28, 2024, through February 6, 2025: 18 U.S.C. §2252A(a)(2), which makes it a crime to knowingly receive child pornography that has been mailed, shipped, or transported interstate or foreign commerce by any means, including by computer or cellular device; and 18 U.S.C. § 2252A(a)(5)(B), which make it a crime to knowingly possess material that contains images and videos of child pornography.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been a Special Agent since March 2019. In that time, I have investigated a variety of crimes, but I am presently assigned to the FBI's Honolulu Division, where I am assigned to the Violent Crime Task Force. As part of my current duties, I investigate criminal violations relating to child exploitation and child sexual abuse material including the illegal production, distribution, receipt, and possession of child sexual abuse material. Through my training and experience, I have had the opportunity to observe and review numerous examples of child sexual

1

abuse material in various forms of media including computer and cellphone media and chat logs from electronic devices and social media platforms. I have utilized court-authorized search warrants, conducted physical surveillance, and interviewed subjects and witnesses. I have received training and instruction in the field of investigation of child sexual abuse material and have had the opportunity to participate in investigations relating to the sexual exploitation of children and enticement operations. I have also reviewed information relating to multiple forms of media, including cell phones, laptops, and social media accounts. I have reviewed information pertaining to chat logs, IP addresses, internet searches, deleted files, and more. Prior to joining the FBI, I received my Juris Doctor in 2015 and worked as an attorney.

3.     I have observed and reviewed numerous examples of child pornography in various forms of media including digital media. As a result of my experience and training, I am familiar with the common practices of individuals and organizations involved in the possession and/or distribution of child pornography. I have also spoken with Special Agents who have extensive experience in child sexual exploitation investigations. Combined, these agents have participated in hundreds of child sexual exploitation investigations. These agents have frequently imparted to me the substance of their child exploitation investigations.

4.      As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

5.      The facts and information contained in this affidavit are based on my personal involvement in this investigation, personal knowledge and observations, my review of records and documents obtained during this investigation, and information received from other individuals, including analysts and other law enforcement officers, as well as my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of an arrest warrant, it does not set forth each and every fact known by me or the United States.

## PROBABLE CAUSE

### *Background of the Investigation*

7.      In December 2024, FBI Honolulu Field Office was forwarded an online anonymous complaint regarding allegations of sexual exploitation of a minor from the FBI National Threat Operations Center ("NTOC").[1]  According to

---

[1] The FBI's NTOC is a central intake facility that fields phone calls and electronic tips from the public. The online electronic tip form is a step-by-step process that allows users to input data fields such as subject identifiers and select the appropriate category that includes civil rights, corruption, counterintelligence, counterterrorism, crimes against children, cyber crime, fugitives, and violent crime. The electronic tip

the complaint, Roger Wesley **BIGGS** ("Defendant") DOB: XX/XX/1985 with

address XXXX in Hanapepe, Hawaii, flew out to an unidentified and suspected

minor victim's location in Philadelphia. The suspected minor victim ("MV1") was

believed to be 14 years old. The Defendant utilized X account username

@[XXX]edIes_.  The complaint listed the violation as Crimes Against Children-

Sexual Exploitation of a Minor and described the threat as violent, abusive sex

fantasies involving BDSM, pedophilia, rape, abuse, incest, "pet play", extreme

sadism, and "ownership," as communicated on X and Discord.  The complainant

provided account identifiers associated with MV1 as well.

8.    Two other CyberTipline Reports, 203129165 and 203764683, were

filed by members of the public to the National Center of Missing and Exploited

Children ("NCMEC") and were essentially the exact same as the report to the FBI

NTOC noting further usernames utilized by BIGGS and, "The perpetrator, Roger

Wesley Biggs, is a serial child groomer who targets young, mentally ill people

online, ranging from ages 13-16. He forms toxic, controlling relationships with

these children which often leads to: CSAM (often naked pictures of said children

with his online username cut into their skin), sexting involving violent sexual

---

form also allows complainants the option to remain anonymous and not have to
provide identifiers and/or contact information.

themes such as: extreme bdsm, sadism, "power play", rape, incest, pedophilia, etc. He grooms these children by buying them gifts and giving them money." The reporting person further advised that BIGGS and a minor victim, 14 years of age, met online, BIGGS then flew out to the minor victim's location "after months of grooming and sexual texting online," and BIGGS then returned to his home state of Hawaii. The reporting person also advised that BIGGS had access to children and a history of grooming other kids online. The reporting person listed the following screen/usernames: **[XXX]py**; **[XXX]edles_**. The associated platform was identified as "twitter".

9.    FBI conducted open-source research on identifiers relating to BIGGS and the usernames provided. Records obtained from X Corp., formerly known as Twitter, for X account username "**[XXX]edIes_**" revealed a creation date of June 14, 2024 and an associated email address of **[XXXX]hector14@gmail.com**. X Corp. also provided IP addresses used to log into the account. A review of the available data revealed that IP address **50.XXX.48.159** was most frequently used to login to the account between October 6, 2024 and December 4, 2024. Additionally, the IP address **24.XXX.50.78** was used to log into the account multiple times within those dates.

10.    Records obtained from Charter Communications for IP address **50.XXX.48.159** revealed a subscriber name of Roger Biggs, a service address of

XXXX in Hanapepe, HI 96716 (PREMISES), an email address of [**XXXX**]**au_hisao@hotmail.com,** and a phone number of **630-XXX-0161.**

11.    Records provided from T-Mobile for the phone number **630-XXX-0161** show the subscriber as **ROGER BIGGS PO Box [XX]9,** service begin date of 03/04/2021.

12.    Records obtained from Charter Communications for IP address **24.XXX.50.78** in December 2024, came back to Company A.  Roger BIGGS is employed by the USDA as a Consumer Safety Inspector on the island of Kauai which includes the premises of Company A. An interview of BIGGS on February 6, 2025, confirmed his employment with USDA as a Consumer Safety Inspector.

13.    Records obtained from Google LLC for email address [**XXXX**]**hector14@gmail.com** revealed a creation date of October 4, 2021, a recovery email address of [**XXX**]**fiero@gmail.com**, and a recovery SMS (text message) number of +**1630XXX0161** [US].  Additionally, IP address activity connected to the account revealed that IP address **50.XXX.48.159** was used to login on December 1, 2024.

14.    Records obtained from Discord revealed an account with username "[**XXX**]**edies_#0**" associated with email address [**XXXX**]**au_hisao@hotmail.com** and User ID XXXXX36265324560415.  This account was registered on September 27, 2022 and was last seen on January 22, 2025 using IP address **24.XXX.50.78**.

As noted above, this IP address resolves to Company A, one of BIGG's places of work. Additional IP address activity provided by Discord revealed that IP address **50.XXX.48.159** was used between May 1, 2024 and January 22, 2025 to access this account. Discord provided username history for this account that included the following: "**[XXX]ppysip**"; "**[XXX]piecup**"; "**[XXX]erschomo**"; "**[XXX]ippycup**"; "**[XXX]piesippy**"; "[XXX]**pycup**"; "**[XXX]edies_**"; "**[XXX]dles**"; and "**[XXX]pycip**".

15.    Discord also provided records for an account with username "**[XXX]fiero#0**" associated with email address **[XXX]fiero@gmail.com**. This account was registered on February 10, 2019 and was last seen on January 29, 2025 using IP address **76.XXX.163.145**. IP address **50.XXX.48.159** was used to access this account on January 26, 2025 and January 27, 2025.

8.    FBI conducted open-source research on identifiers relating to MV1 provided in the CyberTips which led to an AOL email address. Legal returns from Yahoo, for the AOL email address, provided a phone number from T-Mobile. Legal returns from T-Mobile showed the phone number belonged to the father of MV1. FBI Honolulu then requested FBI Philadelphia contact MV1 parents and conduct a Child Adolescent Forensic Interview of MV1.

***Child and Adolescent Forensic Interview (CAFI) of Minor Victim (MV1)***

9.      On January 24, 2025, MV1 was interviewed by a child and adolescent forensic interviewer at the request of FBI.  MV1 was introduced to BIGGS on Discord through a mutual online acquaintance, identified by MV1 as another suspected minor.  BIGGS and MV1 met online during summer break after middle school.  BIGGS knew MV1 to be 14 years of age. MV1 indicated another user on Discord told BIGGS MV1 was 14 years old.   BIGGS utilized a Discord and X account username similar to "sippy" or "sippy cup." MV1 did not know BIGGS legal name. BIGGS sent MV1 a laptop computer which MV1 believed to be a result of MV1 complaining about how their "computer sucks" when playing video games.  MV1 admitted to lying to their parent about how they received the laptop computer.

10.      MV1 met BIGGS in person on the bus, believed to be on a Friday while MV1 was going to school.  MV1 further clarified the bus to be public transportation, "SEPTA".   When asked about the specific month of the in person meeting, MV1 advised they couldn't remember. BIGGS asked MV1 what bus they take and the time. MV1 acknowledged providing the information to BIGGS.  MV1 got on the bus in the morning to go to school.  BIGGS got on the bus from a different stop and sat next to MV1.  MV1 and BIGGS didn't talk while they sat next to each other.  When MV1 reached their stop, BIGGS moved, and MV1 got off the bus.  MV1 said they only saw BIGGS that morning on the bus and not on

the way home.  When later asked about other times MV1 met up with BIGGS,

MV1 advised that BIGGS "might have" been there when MV1 was waiting to take

the bus home, but that they "didn't really do anything".

11.     MV1 became visually upset during the interview and said they were

scared that the FBI was going to "take stuff the wrong way".  MV1 was also scared

that people would think BIGGS was using them.  MV1 didn't feel that BIGGS was

using them but thought people would think BIGGS is trying to get in bed with

MV1.  MV1 explained they didn't send BIGGS any nude photos and didn't meet

up to do anything like that. MV1 didn't know why BIGGS wanted to meet up in

person other than to see MV1.  MV1 wanted to see BIGGS too.  MV1 described

BIGGS as "nice".  MV1's parents didn't know an in-person meeting occurred with

BIGGS. MV1 did not tell anyone else about the in person meeting. MV1 and

BIGGS continued to communicate after their in person meeting.  They talked about

the recent in person meeting and also about meeting up again in the future.  MV1

was still in communication with BIGGS, claiming it to be "once in a while",

sometimes playing Minecraft together.

12.     MV1 told BIGGS the FBI had MV1's device. When asked about any

sexually explicit content sent from BIGGS to MV1, MV1 advised there to be none

they could remember, but if BIGGS did, it probably wouldn't be "sexually".

When asked if it was a possibility that BIGGS sent sexually explicit content, MV1

stated, "I don't think so".  MV1 was asked to clarify their response of "I don't think so" to which they responded that they were scared they would forget something and would then be accused of lying to the FBI.  MV1 also added that if something like that did happen, that their brain would have "just shut it off" and wouldn't have remembered it. MV1 stated there would be no sexually explicit content of MV1 on BIGGS' device.

13.    MV1 was asked about messages sent to their parent where MV1 indicated they were going to be late getting home from school two days in a row. This was also during the timeframe the in-person meeting with BIGGS occurred. MV1 advised there to be two charter buses at the school, but recalled there was only one bus that day, indicating this was the cause for the delay.  When asked why MV1 indicated they were going to be late on the other day, MV1 advised it was only one day that the second bus didn't show up.

### Review of MV1's Device

14.    Prior to and following the CAFI of MV1, FBI Philadelphia Field Office and FBI Honolulu Field Office reviewed MV1's cellular device.  Initial review revealed screenshots of communications between MV1 (Discord username [XX]RO) and BIGGS (Discord username [XXX]pycup) as well as comments/posts made by BIGGS on messaging applications, including Discord and X.  The conversations included comments by BIGGS such as:

    a.    "I'm a straight male who just happens to be attracted to boys."

    b.    "I hope I am not only loving dad to u guys but also vaguely rapey."

    c.    "I like booooys"

    d.    "the actual reason u could never be a true incel is cuz I'm going to touch u"

    e.    "…u wanna be trad boywife?"

    f.    "What if I married u and supported u quirky hobbies and estoeric hosemaking for decades and decades as a funny joke. Just a silly gag"

    g.    "I don't need to like [XX]ro, I already love him. And I'd rather have no ass twink than have no twink ass. Clip that chat"

    h.    MV1 asked BIGGS if he could go anywhere where he would go and Biggs replied, "ur house"

    i.    MV1 said he wanted to be made of rubber and BIGGS replied, "I'm gonna stretch u (devil emoji) …. In the gay way x3"

    j.    BIGGS posted a selfie of himself with the word "boykisser"

    k.    BIGGS posted: "Drunk and full and ready to tell my neighbors I am in love with a 14 yo boy in Philly"

15.    MV1's device also had screenshots of BIGGS such as:

    a.    BIGGS with his shirt pulled up, pants unzipped, stomach and underwear showing, with his face in the photograph.

    b.    BIGGS with his shirt off and with his face in the photograph taken from chest up.

    c.    Various other photographs of BIGGS that appear to be taken as selfies sent to MV1.

    d.    On affiants review after reviewing BIGGS' Driver's License and Passport pictures, believes these are photograph of BIGGS

15.    A review of call log details in MV1's device for phone number **630-XXX-0161** (BIGGS' phone number) revealed a missed incoming call to MV1 on October 6, 2024.  Contact details in MV1's device for phone number **630-XXX-0161** listed the name as "**Sippy[heart]**" and indicated it was the "Home" phone

number.  The contact for phone number **630-XXX-0161** indicated it had been deleted from MV1's device.

16.    A review of text messages revealed the following messages sent from MV1 on November 7, 2024 and November 8, 2024 to their parent indicating they would be home late from school[2]:

> November 7, 2024: gonna be late :(
> November 8, 2024: im gonna be late ill tell you when im on the bus

17.    Records from PayPal regarding account XXXX081166818034950 subscriber information of Roger Biggs indicated BIGGS utilized his known address as a shipping address as well as MV1's address in Philadelphia, PA and an address in Fargo, North Dakota associated with Minor Victim 2 ("MV2"), as described later in this affidavit; and had sent both MV1 and MV2 items based on the Paypal records.

18.    Records obtained from Southwest Airlines for BIGGS between July 1, 2024 and January 23, 2025 revealed that BIGGS had historical flights leaving Lihue, HI on November 2, 2024 with layovers in Las Vegas and Chicago, and a final destination, on November 3, 2024, in Philadelphia, PA, which BIGGS was identified as a passenger onboard.

---

[2] These text messages are pertinent because BIGGS traveled to Philadelphia on November 3 and flew out of Philadelphia on November 9, 2024. MV1 confirmed they met up with BIGGS and texted their parents they would be late on two days in a row when BIGGS was in Philadelphia.

19.     Southwest Airlines flight history information revealed further travel to Philadelphia (where MV1 lives) for BIGGS that was booked on December 10, 2024 for a flight from Lihue, HI on February 7, 2025, with a layover in Las Vegas and Chicago, and a final destination of Philadelphia on February 8, 2025.

Southwest Airlines also provided contact information for BIGGS as follows:
Email: [XXX]eau_hisao@hotmail.com
Phone: 630XXX0161
Address: PO BOX XX9, Hanapepe, HI 96716

20.     However, on February 6, 2025, after obtaining a search warrant for Biggs' person and residence described below, agents learned that he had cancelled his flight on or about February 2, 2025. The reason for the flight cancellation is not known.

### *Further CyberTipline Reports regarding BIGGS*

21.     On January 30, 2025, CyberTipline Report 205529841 was filed by Discord Inc. for Online Enticement of Children for Sexual Acts with an incident time of July 30, 2024. The report added the Incident Time to correspond to the date the reported user began to have an inappropriate conversation with apparent child victim 1 (MV2 in this case).  The suspect/reported user was listed with the following identifiers:

Email Address: **[XXX]eau_hisao@hotmail.com**
Screen/User Name: [XXX]**edies_**#0000
ESP User ID: XXXX136265324560415
IP Address: **50.XXX.48.159**

a.      Additional information submitted by Discord Inc. revealed that the reported user claimed to be 38 years of age, and the identified suspected minors were reported as follows: child victim 1 claims to be 14 (MV2); child victim 2 claims to be 17; and child victim 3 claims to be under the age of 18.

b.      Discord Inc. provided excerpts of messages observed between the reported user and the three suspected child victims that occurred on July 30, 2024.  The messages with MV2 included communications between MV2 and BIGGS regarding suicide, self-harm, sexual ideations, grooming of MV2 by BIGGS, BIGGS indicating he is a 38 year old pervert, kidnapping of MV2 by BIGGS, plans for a trip together, communications regarding MV2 age of 14, their communications being illegal, communications regarding meeting up, BIGGS explaining to MV2 how to do things sexually, and BIGGS and MV2 discussing BIGGS purchasing items such as clothing for MV2 and requesting to see MV2 in the clothing, and BIGGS pretending to be a father figure to MV2.

c.      The Discord CyberTip contents also provided attachments sent between BIGGS and MV2, such as photographs, videos, and voice memos. The images and videos included sexual photographs and images sent between MV2 and BIGGS such as photographs of genitalia and videos masturbating to ejaculation exchanged.

14

22.     On **February 6, 2025**, FBI executed a search warrant on the person, residence, and vehicle of BIGGS. FBI seized 5 digital devices, to include BIGGS' cellular device, desktop computer, two thumb drives, and a work laptop. BIGGS declined to answer questions related to the search warrant. FBI interviewed an individual who resided in the residence, and whom BIGGS described as his "caretaker." This individual relayed, among other things, that BIGGS was always talking to an individual on social media, whose username was similar to the username used by MV2. On your affiant's preview of BIGGS' cellular device, MV2's identifiers were found in the Contacts, Snapchat, Twitter, Discord and other applications on BIGGS' device.

23.     Based on identifiers provided by the Discord CyberTip and other Open Source investigation, FBI identified MV2 as a 14 year old located in Twin Valley, Minnesota and Fargo, North Dakota, depending on which parent the child was with at the time.

### *Child Forensic Interview of MV2*

24.     On February 12, 2025, a CAFI of MV2 occurred. MV2 admitted to meeting BIGGS on Twitter around February 2024. MV2 later moved to communicating with BIGGS on Discord. Conversations initiated with BIGGS being a father figure to MV2. BIGGS knew MV2's birthday, how old MV2 was (14 years old) and where MV2 lived. MV2 and BIGGS discussed self-harm and

shared private images and videos of genitalia with each other. BIGGS sent pictures of his penis to MV2 approximately twice a month on Discord. BIGGS also sent videos of himself masturbating and ejaculating to MV2. BIGGS also asked for videos and photographs of MV2 genitalia and masturbating to ejaculation. MV2 noted the videos would show him masturbating and his TV would be in the background. MV2 noted BIGGS gave gifts to MV2 such as a knife, plushies, and clothes. BIGGS would ask MV2 to take photographs in the clothes BIGGS sent him. MV2 had not met BIGGS in person but BIGGs did tell MV2 he would come see him.  Originally MV2 and BIGGS planned to meet up in Hawley, Minnesota, because there was a hotel there. However, when MV2 moved to Twin Valley there were no hotels and BIGGS did not want to come to MV2's house. BIGGS told MV2 he would look at photos and videos of MV2 to masturbate. MV2 confirmed his and BIGGS' usernames on Discord. BIGGS also told MV2 about other kids BIGGS talked to and that BIGGS had met up with one of the kids. BIGGS did not send any photographs or videos of other kids to MV2.

25.     After the interview, an FBI agent from the Minneapolis FO was able to collect MV2's cellular device as well multiple items of clothing and other items BIGGS sent to MV2.

26.     On cursory review of MV2's cellular device, the FBI Minneapolis agent located the Discord application and found messages between MV2 and

"Deleted_user3396321073FD"[3].  The messages included photographs of BIGGS, and one of the messages included the name "Roger Biggs", a Hawaii address, and $500 in airline gift card money with a message inviting MV2 to visit. The Minneapolis agent also reviewed the Discord CyberTip chats between MV2 and BIGGS and recognized the same communications in the chats with "Deleted_user3396321073FD."  The Minneapolis agent further located child pornography believed to be of MV2, sent from MV2 to "Deleted_user3396321073FD", a sample of which were sent on or about the following dates:

    a.    On **August 28, 2024**, MV2 sent a video of an individual masturbating with the right hand on his penis until ejaculation.[4] The individual appeared to be a white male and there was a tv present in the background of the video. MV2 disclosed during his CAFI, that in the videos he sent to BIGGS that there might be a tv in the background of some of the pictures and videos.

---

[3] Discord deactivated BIGGS' account at the time Discord submitted the CyberTip about BIGGS' account.  Based on the investigation, I believe that "Deleted_user3396321073FD" is BIGGS' Discord account.

[4] Based on my review of the conversations between BIGGS and MV2, by August 28, 2024, MV2's age had come up in multiple occasions.

b.    On **September 3, 2024**, at approximately 1:50 a.m. MV2 sent a photograph of white buttocks covered by blue underwear was sent. The individual appeared to be lying in a bed, and visible in the photograph was a blue, green and white striped blanket, which matched the blanket the FBI Minneapolis agent saw in the bedroom of MV2 during a consent search and which MV2 described during his CAFI.

c.    On **September 15, 2024**, at approximately 9:58pm MV2 sent a picture showing a person from the waist down sitting in a bathtub. A penis with brown pubic hair, legs, and feet were visible. The accompanying message was MV2 indicating he had taken a bath.

27.    Based on this information and investigation there is probable cause to believe that the individual in the video and photographs is MV2.

### *Review of BIGGS' Cellular Device*

28.    In February 2025, your affiant began reviewing BIGGS' cellular device. Your affiant located a CSAM video of MV2, which matches the attachment provided by Discord CyberTip and the above-described video found during the review of MV2's device. The Discord CyberTip attachment showed this video was sent by MV2 on or around August 28, 2024:

a.    File name: 1_5085107442988090418.mp4
MD5:e7fd632ae3341ad0931c0b532ac40f03
A 23 second video of an individual masturbating with the right hand on his penis until ejaculation. The individual appeared to

be a white male and there was a tv present in the background of the video.

    i.   This video is believed to be the same video observed on MV2's device of the video MV2 sent to BIGGS.

    ii.   The creation date on BIGGS device shows August 29, 2024 at 07:39:24 AM and may indicate the date the video was saved to BIGGS' device.
The Discord CyberTip provided the same video sent from MV2 to BIGGS on August 28, 2024 at 06:10:38 UTC with the file name: /SPOILER_VID_20240828_010854372.mp4 indicating a creation date of August 28, 2024

29.   A few representative samples of the child pornography files located on BIGGS' device appear below:

a.   File name: logical/Videos/0343~1_5042104018512381232.mp4
MD5: 9f489a80cb338c95078901468989c45a
54 second video of minor male, approximately 4-6 years old performing fellatio on an adult male penis. The minor male is lying on his back on a bed and the adult male is straddling the minor male. At the 18 second mark the video pans to show the minor males exposed penis and the minor male masturbates his penis and hits the buttocks of the adult male still straddling him. At the 45 second mark the video pans back to show the minor performing fellatio on the adult male.

b.   File name: logical/Videos/0359~1_5042104018512381233.mp4
MD5: b77f154d3c3b752ec814d9513bcc5735
A two minute 17 second video of age difficult to determine nude female with breasts exposed pinching the nipples of, sucking on the nipples of, and then masturbating and performing fellatio on a minor male approximately 3-5 years old who is standing in front of the female. The female then takes the camera and turns the minor male around and begins smacking him on the buttocks.

c.   File Name: 20be4cfd0a1b7b4166b1de405c77456e
MD5: 123cd99d13129b288504315ed6057925
1 minute and 1-second-long video of an adult female
performing fellatio on a minor male, approximately 2-4 years
old, standing completely nude next to the adult female. At the
40 second mark the video switches to the minor male
attempting to vaginally penetrate the adult female with his
penis. The video zooms into their genitals.

d.   File Name:
logical/Videos/0128~1_5042104018512381235.mp4
MD5: ca5452c78b9722b912de9fe263187989
A 42-second-long video of two minor males approximately 5-7
years old both performing fellatio on an age difficult to
determine male lying nude with penis and face exposed.

e.   File Name:
logical/Videos/0140~1_5042104018512381226.mp4
MD5: 6670023e59ec105fcdf0c9bc8e22a982
A three-second-long video of a nude minor female,
approximately 7-10 years old sitting on her knees performing
fellatio on a minor male nude from the waist down. Minor
male's face is cut out of the image.

f.   File Name:
logical/Videos/0127~1_5042104018512381227.mp4
MD5: 7e8345286cbdef62da0143ea3175e797
A thirty second video of an age difficult to determine nude
female with breasts exposed kneeling behind and licking the
buttocks of a completely nude minor male approximately 3-5
years old who is standing in front of the female.

30.   One image located on BIGGS' device was of BIGGS and MV1 sitting

on a bus together, which confirms that BIGGS actually met up with MV1:

20

a.    File Name:-5138744506865266479_109.jpg

MD5: 33bb6ddc0e90948d26a865996134ffeb

Image of a selfie taken by Roger BIGGS with headphones on sitting next to MV1 on a bus.

## CONCLUSION

WHEREFORE, based on the aforementioned facts, I respectfully submit there is probable cause to conclude ROGER BIGGS committed the offenses of Possession of Child Pornography, in violation of 18 U.S.C. 2252A(a)(5)(B), and Receipt of Child Pornography, in violation of 18 U.S.C. §2252A(a)(2) and (b).

Respectfully submitted,

JENNIFER CARDIFF
Special Agent
Federal Bureau of Investigation

Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that the above-named defendant committed the crimes charged in the Criminal Complaint, this 20th day of February, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2) on February 20th, 2025, at Honolulu, Hawaii.



Wes Reber Porter
United States Magistrate Judge

21